Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| | |
|---|---|
| **ATLAS STAINLESS CORPORATION PRIVATE LIMITED,**<br><br>          **Plaintiff,**<br><br>  **v.**<br><br>**UNITED STATES,**<br>          **Defendant.** | **S U M M O N S**<br>**Court No. 26-02192** |

**TO:**   The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.   Plaintiff Atlas Stainless Corporate Private Limited ("Atlas") is an Indian producer and exporter of subject merchandise that was a respondent in the antidumping duty administrative review leading to the determination being contested. Atlas is an interested party under 19 U.S.C. § 1677(9)(A) and actively participated in the administrative review. Therefore, Atlas has standing to challenge the determination pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

    (Name and standing of plaintiff)

2.   Atlas is contesting the final results of the U.S. Department of Commerce, International Trade Administration, in its administrative review of the antidumping duty order on Stainless Steel Bar from India for the period February 1, 2023, through January 31, 2024. This determination is being contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

    (Brief description of contested determination)

3.   The contested final determination was issued by the International Trade Administration of the U.S. Department of Commerce on February 11, 2026, and published in the Federal Register on February 18, 2026.

    (Date of determination)

Form 3-1

4.    The contested final determination was published in the Federal Register on February 18, 2026.  91 Fed. Reg. 7442 (Dep't of Commerce Feb. 18, 2026).

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Rosa S. Jeong

Signature of Plaintiff's Attorney

March 17, 2026

Date

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Rosa S. Jeong, Esq.,
Greenberg Traurig, LLP
2101 L Street NW, Ste. 1000
Washington, DC 20037
Tel: 202.533.2328
Email: Rosa.Jeong@gtlaw.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, New York  10278-0001

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC  20530

General Counsel
Office of the General Counsel
**U.S. Department of Commerce**
1401 Constitution Ave, NW
Washington, DC 20230

Chief Counsel
Office of Chief Counsel for Trade Enforcement and Compliance
**U.S. Department of Commerce**
1401 Constitution Ave, NW, Room 3627
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)