## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ATLAS STAINLESS CORPORATION PRIVATE LIMITED,<br><br>    Plaintiff,<br><br>LAXCON STEELS LIMITED, MEGA STEELS PRIVATE LIMITED, METLAX INTERNATIONAL PRIVATE LIMITED, OCEAN STEELS PRIVATE LIMITED, AND PARVATI PRIVATE LIMITED,<br><br>    Consolidated-Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>CARPENTER TECHNOLOGY CORPORATION, ELECTRALLOY, A DIVISION OF G.O. CARLSON, INC., NORTH AMERICAN STAINLESS, AND VALBRUNA SLATER STAINLESS, INC.,<br><br>    Defendant-Intervenors. | Before:  Joseph A. Laroski, Jr., Judge<br>Court No. 26-02192 |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 56.2(a) of the Rules of this Court, the parties in the above-captioned action respectfully submit this Joint Status Report and Proposed Briefing Schedule.

I.    JOINT STATUS REPORT

Pursuant to Rule 56.2(a), the parties state the following:

1.    **Does the Court have jurisdiction over the action?**

Plaintiff and Consolidated Plaintiffs believe that this Court has jurisdiction over this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii), 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2). Defendant and Defendant-Intervenor are not aware of any basis upon which to challenge jurisdiction at this time.

2.    **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons therefor?**

The parties agree that this case should not be consolidated with any additional cases and agree that no portion of this case should be severed at this time.

3.    **Should further proceedings in the case be deferred pending consideration of another case before the Court or any other tribunal, and the reasons therefor?**

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before the Court or any other tribunal.

4.    **Is there any other information of which the Court should be aware at this time?**

The parties are not aware of any other information of which the Court should be aware at this time.

II.    PROPOSED BRIEFING SCHEDULE

The parties propose the following briefing schedule:

2

| FILING | DEADLINE | WORD LIMIT |
|---|---|---|
| 1. USCIT Rule 56.2 Motions for Judgment on the Agency Record and Accompanying Briefs filed by Plaintiff and Consolidated Plaintiffs | July 31, 2026 | 14,000 |
| 2. Response Brief of Defendant | September 29, 2026 | 14,000 |
| 3. Response Brief of Defendant-Intervenors | October 13, 2026 | 14,000 |
| 4. Reply Brief of Plaintiff and Consolidated Plaintiffs | November 10, 2026 | 7,000 |
| 5. Joint Appendix | November 21, 2026 | Not Applicable |
| 6. Motion for Oral Argument | December 1, 2026 | Not Applicable |

All parties agree to follow the word count limitations set forth in the Court's Standard Chambers Procedures and repeated above. Pursuant to Rule 56.2(c)(3), Plaintiffs will prepare and file a single joint appendix as to all parties' briefs within 14 days of filing their reply brief. All parties agree to follow the Court's recommendations as reflected in the Standard Chambers Procedures for preparing, exchanging and finalizing the draft joint appendix during briefing.

A proposed Scheduling Order is attached.

Respectfully submitted,

/s/ Rosa S. Jeong
Rosa S. Jeong
Hugh A. Smachlo
GREENBERG TRAURIG LLP
2101 L Street, NW, Suite 1000
Washington, DC  20036
Telephone:  (202) 331-3100
rosa.jeong@gtlaw.com

*Counsel for Atlas Stainless Corporation Private Limited*

Date:  June 10, 2026

3

/s/ Peter J. Keonig
PETER J. KEONIG
SBA TRADE LAW
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 669-1901
peter.koenig@sbaworld.co

*Counsel to Consolidated Plaintiffs Laxcon Steels Limited; Ocean Steels Pvt Ltd; Metlax International Pvt. Ltd,; Parvati Private Limited; and Mega Steels Private Limited.*

Date:  June 10, 2026

BRETT A. SCHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

TARA K. HOGAN
Assistant Director

/s/ Kristin E. Olson
KRISTIN E. OLSON
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch –
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6299
Kristin.olson@usdoj.gov

*Counsel for Defendant United States*

Date:  June 10, 2026

4

/s/ Grace W. Kim
JOHN M. HERRMANN
GRACE W. KIM
KELLEY DRYE & WARREN LLP
670 Maine Avenue, S.W.
Suite 600
Washington, DC 20024
Telephone: (202) 342-8872
jherrmann@kelleydrye.com
gkim@kelleydrye.com

JOSHUA R. MOREY
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (202) 342-8867
jmorey@kelleydrye.com

*Counsel to Defendant-Intervenors Carpenter Technology Corporation, Electralloy, a Division of G.O. Carlson, Inc., North American Stainless, and Valbruna Slater Stainless, Inc.*

Date:  June 10, 2026