## UNITED STATES COURT OF INTERNATIONAL TRADE

ATLAS STAINLESS CORPORATION
PRIVATE LIMITED,

     Plaintiff,

LAXCON STEELS LIMITED, MEGA
STEELS PRIVATE LIMITED,
METLAX INTERNATIONAL PRIVATE
LIMITED, OCEAN STEELS PRIVATE
LIMITED, AND PARVATI PRIVATE
LIMITED,

     Consolidated-Plaintiffs,

v.

UNITED STATES,

     Defendant,

CARPENTER TECHNOLOGY
CORPORATION, ELECTRALLOY, A
DIVISION OF G.O. CARLSON, INC.,
NORTH AMERICAN STAINLESS,
AND VALBRUNA SLATER
STAINLESS, INC.,

     Defendant-Intervenors.

Before:  Joseph A. Laroski, Jr., Judge
Court No. 26-02192

## PROPOSED SCHEDULING ORDER

Upon consideration of the parties' joint proposed briefing schedule and

pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2, it is

hereby

**ORDERED** that the briefing of this action shall proceed in accordance with

the schedule set forth below:

Court No. 26-02192                                                    Page 2

| FILING | DEADLINE | WORD LIMIT* |
|---|---|---|
| 1. USCIT Rule 56.2 Motions for Judgment on the Agency Record and Accompanying Briefs filed by Plaintiff and Consolidated Plaintiffs | July 31, 2026 | 14,000 |
| 2. Response Brief of Defendant | September 29, 2026 | 14,000 |
| 3. Response Brief of Defendant-Intervenors | October 13, 2026 | 14,000 |
| 4. Reply Brief of Plaintiff and Consolidated Plaintiffs | November 10, 2026 | 7,000 |
| 5. Joint Appendix | November 21, 2026 | Not Applicable |
| 6. Motion for Oral Argument | December 1, 2026 | Not Applicable |

Further, briefs filed by Intervenor(s) should not repeat arguments made in earlier filed briefs.  The provisions regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern except as otherwise indicated in this Order.

Joseph A. Laroski, Jr.
Judge

Dated:_____
          New York, New York