UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:      THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| Atlas Stainless Corporation Private Limited,<br><br>Plaintiff,<br><br>Laxcon Steels Limited, Mega Steels Private Limited, Metlax International Private Limited, Ocean Steels Private Limited, and Parvati Private Limited.<br><br>Consolidated-Plaintiffs,<br><br>Metroll Engineering Ltd., Pvt.<br><br>Plaintiff-Intervenor<br><br>v.<br><br>United States,<br><br>Defendant,<br><br>Carpenter Technology Corporation, Electralloy, a division of G.O. Carlson, Inc., North American Stainless, and Valbruna Slater Stainless, Inc.,<br><br>Defendant-Intervenors. | Before:  Joseph A. Laroski, Jr., Judge<br>      Court No. 26-02192 |

**RULE 56.2 MOTION FOR JUDGEMENT ON THE RECORD**

Consolidated Plaintiffs Laxcon Steels Limited, Mega Steels Private

Limited, Metlax International Private Limited, Ocean Steels Private Limited, Parvati Private

1

Limited (collectively Laxcon), and Plaintiff-Intervenor Metroll Engineering Ltd., Pvt. hereby

move for judgment on the record as requested by their Rule 56.2 brief and proposed order.


*/s/ Peter Koenig*

Peter Koenig
SBA Trade Law
Counsel to Laxcon and Metroll
1455 Pennsylvania Ave.
Washington DC 20036
July 31, 2026                                           202 669 1901, peter.koenig@sbaworld.co
(corrected August 7, 2026)